| | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

**AO-10 Rev. 1/91**

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arnold, Morris S. | 8th U.S. Circuit Court of Appeals | Nov 12, 1991 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| 8th U.S. Circuit Court of Appeals Judge-active | X Nomination, Date Nov 5, 1991 ___ Initial ___ Annual ___ Final | January 1, 1991 thru October 31, 1991 |

| 7. Chambers or Office Address |
|---|
| P. O. Box 1606, Ft. Smith, Arkansas 72902 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee | Thomas S. Arnold Trust under the will of William H. Arnold |
| Member | Dean's Council, George Mason Univ., Arlington, VA |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1. 7/20/91 | Teaching at Law and Economics Center at Hanover, New Hampshire | $ 9,000 |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Morris S. Arnold. | Nov 12, 1991 |

## IV. REIMBURSEMENTS and GIFTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | □ NONE (No such reportable reimbursements or gifts) | |
| 1 | Law and Economics Center Hanover, New Hampshire July 7 thru July 20, 1991 | Travel to and from Hanover, NH, meals and lodging for 5 days—value code "J" |
| 3 | Law and Economics Center Hanover, New Hampshire July 7 thru July 20, 1991 | Airline fare-Hanover, NH-value code "J" |
| 5 | NCAA Meeting May 29 thru June 1, 1991 | Travel to and from Atlanta, GA-value code "J" |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(R)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Morris S. Arnold | Date of Report<br>Nov 12, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure | | | |
| | | | | | | | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Ft National Bank of Ft Smith | A | Int | J | T | | | | | | |
| 2 Stephens, Inc Cash Account | A | Int | J | T | | | | | | |
| 3 Southwestern Electric Power | A | Div | J | T | | | | | | |
| 4 Shell Western | A | Roy | J | W | | | | | | |
| 5 Keystone Garrett | A | Roy | J | W | | | | | | |
| 6 Southland Champion | C | Roy | J | W | | | | | | |
| 7 Union Exploration | A | Roy | J | W | | | | | | |
| 8 Exxon Corporation | A | Roy | J | W | | | | | | |
| 9 Account Receivable Susan Mann | A | Int | J | T | | | | | | |
| 10 Acct Rec., Lilly Libr Bloomington, IN | A | A/R | K | T | Sale | 3/22 | K | E | Lilly Library Bloomington, IN | * |
| 11 | | | | | | | | | | |
| 12 Stocks Held by | | | | | | | | | | |
| 13 Stephens, Inc. | C | Div | | | | | | | | |
| 14 3,000 sh Artagraphs Reproductions | | | J | T | | | | | | |
| 15 800 sh Dillard's Dept Store | | | L | T | | | | | | |
| 16 300 sh Entergy Corp | | | J | T | | | | | | |
| 17 123 sh IBM | | | J | T | | | | | | |
| 18 200 sh Minn Min & Mfg | | | K | T | | | | | | |
| 19 750 sh Norfolk Southern | | | K | T | | | | | | |
| 20 252 sh Riggs Natl Corp | | | J | T | | | | | | |

1 Income/Gain Codes: A=$1,000 or less (See Col. B1 & D4) E=$15,001 to $50,000 B=$1,001 to $2,500 F=$50,001 to $100,000 C=$2,501 to $5,000 G=$100,001 to $1,000,000 D=$5,001 to $15,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less (See Col. C1 & D3) N=$250,001 to $500,000 K=$15,001 to $50,000 O=$500,001 to $1,000,000 L=$50,001 to $100,000 P=More than $1,000,000 M=$100,001 to $250,000
3 Value Method Codes: Q=Appraisal (See Col. C2) U=Book Value R=Cost (real estate only) V=Other S=Assessment W=Estimated T=Cash/Market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Morris S. Arnold | Nov 12, 1991 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1. 1,400 sh TLM Corp | | | J | T | | | | | | |
| 2. 167 sh Texas Utilities | | | J | T | | | | | | |
| 3. 600 sh Tyson Foods, Class A | | | J | T | Stock Div | 4/16 | J | | | |
| 4. 1,600 sh Walmart | | | L | T | | | | | | |
| 5. | | | | | | | | | | |
| 6. Tax Exempt Bonds | | | | | | | | | | |
| 7. Held by Stephens, Inc | D | Int | | | | | | | | |
| 8. 5,000 Atlanta, GA | | | J | T | | | | | | |
| 9. 50,000 Benton, AR School Dist | | | K | T | Bot | 5/7 | | | | |
| 10. 5,000 Florida St BD of Education | | | J | T | | | | | | |
| 11. 5,000 Manatee County Florida | | | J | T | | | | | | |
| 12. 2,000 New York City Housing Authority | | | J | T | | | | | | |
| 13. 5,000 Oakland City MI Moxley Drainage | | | J | T | | | | | | |
| 14. 20,000 Osceola AR Elec Water/Sewer | | | K | T | Bot | 8/12 | | | | |
| 15. 5,000 Pennsylvania St Genl Obligation | | | J | T | | | | | | |
| 16. 5,000 Pennsylvania St Genl Obligation | | | J | T | | | | | | |
| 17. 10,000 SE Pennsylvania Transit Authority | | | J | T | | | | | | |
| 18. 40,000 U of AR Little Rock Campus | | | K | T | Bot | 3/22 | | | | |
| 19. 5,000 Washington Sub Sanitation District | | | J | T | | | | | | |
| 20. | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000.
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,000 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Morris S. Arnold | Date of Report<br>Nov 12, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Stephens, Inc Individ Retirement Acct | A | IRA | K | T | | | | | | |
| 2 Teachers Ins & Annuity College Ret Equity Fd | E | Ret/ Ann | N | T | | | | | | |
| 3 | | | | | | | | | | |
| 4 Prudential Securities Futures Account | A | Fut/ Opt | J | T | Bot | 4/12 | | | | |
| 5 Prudential Securities Securities Account | B | Int | K | T | Bot | 4/12 | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>F=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

60-251 0 - 93 — 3

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Morris S. Arnold | Nov 12, 1991 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part VII  Sale of books to Lilly Library, Bloomington, IN

was completed on March 22, 1991.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date Nov. 12, 1991

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google